UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA
Case 0:19-cv-60812-DPG

PATRICIA KENNEDY, Individually,

        Plaintiff,

v.

NEILPREET, LLC d/b/a RODEWAY
INN, a Foreign Limited Liability Company,

        Defendant.

_____

## DEFENDANT'S REPORT OF INTENTION TO REMEDIATE ALLEGED ADA DEFICIENCIES

Defendant NEILPREET, LLC d/b/a RODEWAY, Inn, ("Rodeway"), in response to DE-8, submits this report of its intention to improve alleged ADA deficiencies, as follows:

1. Plaintiff Patricia Kennedy ("Kennedy") alleges that Rodeway's website fails to comply with 28 C.F.R. § 36.302(e)(1).

2. Rodeway denies that the subject website is defective, but hereby gives notice that it intends to improve the alleged defects in its own website. Rodeway also gives notice that it will arrange to provide improved information to third party websites so that the accessibility descriptions and availability can be made available to potential patrons.

3. Rodeway proposes a two month timeline for such improvements.

4. Only to avoid protracted litigation and not because it violated any law, Rodeway agrees to pay reasonable attorney's fees in connection with this action.

5. The undersigned attempted to reach an agreement with Plaintiff's counsel regarding counsel's fees.  Although requested, Ms. Corkill has not disclosed the fees to which she claims she is entitled.

6. Given that the filed Complaint is the same form complaint filed by Ms. Corkill and her attorney colleagues in numerous other ADA cases, Rodeway is willing to pay one hour of time for Ms. Corkill (to draft the Complaint), one hour of paralegal time associated with preparation/filing of the Complaint and Summons, the filing fee, summons issuance fee and service fee.

WHEREFORE, Rodeway, in accordance with DE-8, respectfully requests that the Court find that Rodeway intends to remediate/improve the alleged defects in a timely manner, administratively close the case pending remediation and award Rodeway such further relief as the Court deems just and proper.

DATED:   April 24, 2019
         Boca Raton, FL

/s/ Geoffrey M. Cahen_____
Geoffrey M. Cahen
Fla. Bar No. 0013319
CAHEN LAW, P.A.
1900 Glades Road, Suite 270
Boca Raton, Florida  33431
Telephone: (561) 922-0430
Fax: (561) 353-5455
E-Mail: geoff@cahenlaw.com
bocalegalasstfl@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via e-service this **24th day of April, 2019** to the following:

Thomas B. Bacon, Esq.
Kimberly A. Corkill, Esq.
Thomas B. Bacon, P.A.
7 N. Coyle Street
Pensacola, FL  32502
kimberlyatlaw@gmail.com

By: *s/ Geoffrey M. Cahen*
     Geoffrey M. Cahen